IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NORMAN IRVIN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:09cv161-TMH |
| | ) (WO) |
| U.S. DEPT. OF PROBATION AND PAROLES, *et al.*, | ) |
| Defendants. | ) |

**O R D E R**

The plaintiff, an inmate incarcerated at the Atlanta U.S. Penitentiary in Atlanta, Georgia, has filed a *Bivens* action[1] alleging a violation of his constitutional rights. The plaintiff has also filed a motion for leave to proceed *in forma pauperis* in this action. Although the plaintiff submitted an affidavit in support of his motion for leave to proceed *in forma pauperis*, it is not accompanied by the requisite account information from the account clerk at the Atlanta U.S. Penitentiary. Accordingly, it is hereby

**ORDERED that on or before March 24, 2009**, the plaintiff shall file either a prison account statement from the account clerk at the Atlanta U.S. Penitentiary showing the average monthly balance in plaintiff's prison account for the 6-month period immediately

---

[1] *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).

preceding the filing of this complaint and the average monthly deposits to plaintiff's account during the past six months **or** the $350.00 filing fee.

The plaintiff is **cautioned** that his failure to comply with this order will result in a recommendation that this case be dismissed

Done this 3rd day of March, 2009.

                                            /s/Wallace Capel, Jr.
                                    WALLACE CAPEL, JR.
                                    UNITED STATES MAGISTRATE JUDGE