IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| NORMAN IRVIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:09-cv-161-TMH |
| | ) | [WO] |
| UNITED STATES PROBATION | ) | |
| OFFICE FOR THE MIDDLE | ) | |
| DISTRICT OF ALABAMA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. #35) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted.  Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #35) of the Magistrate Judge is ADOPTED.  The complaint is DISMISSED because the relief requested by Plaintiff has been afforded him and, therefore, Plaintiff's claims are moot.  A separate judgment shall issue.

Done this 15th day of September, 2009.

**/s/ Truman M. Hobbs**

UNITED STATES DISTRICT JUDGE