IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| NORMAN IRVIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:09-cv-161-TMH |
| ) | [WO] |
| ) | |
| UNITED STATES PROBATION ) | |
| OFFICE FOR THE MIDDLE ) | |
| DISTRICT OF ALABAMA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the Court, it is

ORDERED and ADJUDGED that judgment is entered in favor of Defendants.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this 15th day of September, 2009.

/s/ **Truman M. Hobbs**

UNITED STATES DISTRICT JUDGE